Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–31440–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Allyson Piatkowski
  808 Sharon Court
  Woodbridge, NJ 07095

Social Security No.:
  xxx–xx–7010

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/25/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 25, 2017
JAN: slf

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 16-31440-KCF
Allyson Piatkowski                                              Chapter 13
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3          Date Rcvd: Jan 25, 2017
                              Form ID: 148                Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2017.
db             +Allyson Piatkowski,    808 Sharon Court,    Woodbridge, NJ 07095-4335
cr             +Sharon Gardens Condominium Association, Inc.,    c/o Cutolo Barros LLC,    151 Highway 33, East,
                 Suite 204,    Manalapan, NJ 07726-8635
516490751      +Avenel Iselin Medical Group PA,    400 Gill Lane,    Iselin, NJ 08830-3059
516490753      +Capital Alliance Financial LLC,    Stenger & Stenger,    2618 East Paris Avenue SE,
                 Grand Rapids, MI 49546-2458
516490756      +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516490757      +College Assist,    Premiere Credit of North America LLC,    PO Box 19309,
                 Indianapolis, IN 46219-0309
516514714      +College Assist,    PO Box 16358,    St. Paul, MN 55116-0358
516490760      +Cutolo Mandel LLC,    Attorneys At Law,    151 Highway 33 East, Suite 204,
                 Manalapan, NJ 07726-8635
516490762      +East Brunswick Open Upright MRI,    1275 Route 35 North,    Middletown, NJ 07748-2040
516490763      +Edison Neurologic Associates,    34-36 Progress Street,    Edison, NJ 08820-1197
516490765      +Edison Radiology Group,    PO Box 2187,    Edison, NJ 08818-2187
516490764      +Edison Radiology Group,    Online Collections,    PO Box 1489,    Winterville, NC 28590-1489
516490766      +Extra Space Storage,    Rosenthal Morgan & Thomas Inc,    12747 Olive Blvd Suite 250,
                 Saint Louis, MO 63141-6278
516490767      +First Credit Services Inc,    One Woodbridge Center, Suite 410,    Woodbridge, NJ 07095-1151
516490769      +GC Services Limited Partnership,    PO Box 27346,    Knoxville, TN 37927-7346
516490772      +IGEA Brian & Spine PA,    1057 Commerce Avenue,    Union, NJ 07083-5025
516490775      +KML Law Group PC,    Attorneys At Law,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
516490776      +Lenox Collections,    RMCB,    PO Box 1235,    Elmsford, NY 10523-0935
516490777      +Liberty Mutual Insurance,    175 Berkeley Street,    Boston, MA 02116-3350
516490779      +Lyons Doughty & Veldhuis PC,    136 Gaither Drive, Suite 100,    PO Box 1269,
                 Mount Laurel, NJ 08054-7269
516490782       Michael Harrison,    Attorney At Law,    3155 Foute 10 East,    Suite 214,    Denville, NJ 07834
516490783      +Midland Credit Management,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
516560726      +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
516490791      +NJ EZ Pass,    Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
516490784      +National City,    KML Group,    701 Market Street,    Philadelphia, PA 19106-1538
516490785      +National Enterprise Systems,    2479 Edison Blvd, Unit A,    Twinsburg, OH 44087-2476
516490786      +Nemergut & Duff,    Law Offices,    217 Main Street,    Woodbridge, NJ 07095-1917
516490788      +New Century Financial,    Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516490789      +New Jersey EZ Pass,    Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
516490790      +New Jersey Turnpike Authority,    581 Main Street,    PO Box 5042,    Woodbridge, NJ 07095-5042
516490792      +PNC Bank,    Attn: Bankruptcy,    249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
516490793      +PNC Mortgage,    Attn: Bankruptcy,    249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
516550576      +Pain Center,    4359 Highway 516,    Matawan, NJ 07747-2158
516490796      +Premiere Credit of North America LLC,    PO Box 1022,    Wixom, MI 48393-1022
516490797      +Pressler & Pressler,    Attorneys At Law,    7 Entin Road,    Parsippany, NJ 07054-5020
516490798      +Progressive,    PO Box 7747-0311,    Philadelphia, PA 19170-0001
516490799      +Public Service Electric & Gas,    Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
516490801      +RMB Inc,    409 bearden Park Circle,    Knoxville, TN 37919-7448
516490800      +Retro Fitness,    First Credit Services Inc,    PO Box 1089,    Troy, MI 48099-1089
516490804      +Rosentahal Morgan & Thomas Inc,    12747 Olive Boulevard, Suite 250,
                 Saint Louis, MO 63141-6278
516490805      +Shan Nagendra MD PC,    246 Barkley Avenue,    Clifton, NJ 07011-3136
516490806      +Sharon Gardens Condo,    c/o Wilkin Management,    45 Whitney Road,    Mahwah, NJ 07430-3160
516520622      +Sharon Gardens Condominium Association, Inc.,    c/o Cutolo Barros LLC,
                 151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635
516490807      +Stenger & Stenger,    2618 East Paris venue SE,    Grand Rapids, MI 49546-2458
516490810      +US Department of Education,    PO Box 5609,    Greenville, TX 75403-5609
516490809      +University Radiology Group,    PO Box 1075,    East Brunswick, NJ 08816-1075
516490814      +Washington Mutual,    Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516490815     #+Winston & Winston LLC,    295 Madison Avenue,    New York, NY 10017-7761

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2017 23:13:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2017 23:12:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516490750      +EDI: ACCE.COM Jan 25 2017 22:48:00      Asset Acceptance,    PO Box 2036,    Warren, MI 48090-2036
516490752      +E-mail/Text: banko@berkscredit.com Jan 25 2017 23:12:36      Berks Credit & Collections,
                 Po Box 329,    Temple, PA 19560-0329
516490754      +EDI: CAPITALONE.COM Jan 25 2017 22:48:00      Capital One,    Po Box 5253,
                 Carol Stream, IL 60197-5253
516490755      +EDI: CHASE.COM Jan 25 2017 22:48:00      Chase,    PO Box 15153,    Wilmington, DE 19886-5153
516490758      +EDI: CCS.COM Jan 25 2017 22:48:00      Credit Collection Services,    PO Box 773,
                 Needham Heights, MA 02494-0918
```

```
District/off: 0312-3          User: admin               Page 2 of 3            Date Rcvd: Jan 25, 2017
                              Form ID: 148              Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516490759      +EDI: CCS.COM Jan 25 2017 22:48:00      Credit collection services,    725 Canton Street,
                 Norwood, MA 02062-2679
516490761      +EDI: DISCOVER.COM Jan 25 2017 22:48:00      Discover,    PO Box 71084,    Charlotte, NC 28272-1084
516490770      +EDI: RMSC.COM Jan 25 2017 22:48:00      GE Money Bank,    PO Box 103104,    Roswell, GA 30076-9104
516490771      +E-mail/Text: bankruptcy@diamondresorts.com Jan 25 2017 23:12:41       Gold Key Resorts,
                 932 Laskin Road,    Virginia Beach, VA 23451-3990
516490774      +E-mail/Text: masmith@jfkhealth.org Jan 25 2017 23:13:39       JFK Medical Center,    PO Box 11913,
                 Newark, NJ 07101-4913
516490773      +E-mail/Text: masmith@jfkhealth.org Jan 25 2017 23:13:39       JFK Medical Center,
                 80 James Street,    4th Floor,    Edison, NJ 08820-3938
516490778      +EDI: RMSC.COM Jan 25 2017 22:48:00      Lowes,    Attn: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
516490781      +EDI: MID8.COM Jan 25 2017 22:48:00      MCM,    PO Box 60578,    Los Angeles, CA 90060-0578
516490780      +EDI: TSYS2.COM Jan 25 2017 22:48:00      Macys,    Attn Bankruptcy Department,    PO Box 183083,
                 Columbus, OH 43218-3083
516490787      +E-mail/PDF: bankruptcy@ncfsi.com Jan 25 2017 23:08:06      New Century Financial,
                 110 S. Jefferson Road,    Whippany, NJ 07981-1038
516490794       EDI: PRA.COM Jan 25 2017 22:48:00      Portfolio Recovery Associates,    PO Box 12903,
                 140 Corporate Blvd,    Norfolk, VA 23541
516490795       EDI: PRA.COM Jan 25 2017 22:48:00      Portfolio Recovery Associates LLC,    120 Corporate Blvd,
                 Norfolk, VA 23502
516490803      +EDI: RMCB.COM Jan 25 2017 22:48:00      RMCB,    4 Westchester Plaza, Suite 110,
                 Elmsford, NY 10523-3835
516490802      +EDI: RMCB.COM Jan 25 2017 22:48:00      RMCB,    PO Box 1235,    Elmsford, NY 10523-0935
516490808      +EDI: STF1.COM Jan 25 2017 22:48:00      SunTrust Bank,    303 Peachtreet Street, Northeast,
                 Atlanta, GA 30308-3201
516490812      +EDI: VERIZONEAST.COM Jan 25 2017 22:48:00      Verizon New Jersey,    500 Technology Drive,
                 Saint Charles, MO 63304-2225
516490813       EDI: WACHOVIA.COM Jan 25 2017 22:48:00      Wachovia Bank,    PO Box 563966,
                 Charlotte, NC 28256
                                                                                               TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516490768     ##+FMS Inc,    PO Box 707601,    Tulsa, OK 74170-7601
516490811     ##+Veritext,    Veritext New Jersey Reporting Co,    25B Vreeland Road, Suite 301,
                 Florham Park, NJ 07932-1920
                                                                                              TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2017 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hubert C. Cutolo    on behalf of Creditor    Sharon Gardens Condominium Association, Inc.
               hcutolo@cutololaw.com
              Kenneth L. Baum    on behalf of Creditor    Educational Credit Management Corporation
               kbaum@kenbaumdebtsolutions.com, fpisano@coleschotz.com
              Nicholas Fitzgerald    on behalf of Plaintiff Allyson  Piatkowski nickfitz.law@gmail.com

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Jan 25, 2017
                              Form ID: 148             Total Noticed: 72
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Nicholas  Fitzgerald    on behalf of Debtor Allyson  Piatkowski nickfitz.law@gmail.com
                                                                                           TOTAL: 6