UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on February 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Allyson Piatkowski

Case No.: _____16-31440_____

Hearing Date: _____

Judge: ___Kathryn C. Ferguson___

Chapter: _____13_____

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER DENYING MOTION OR
## APPLICATION FOR THE ENTRY OF AN ORDER
_____SHORTEN TIME_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 10, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

   A motion or application having been filed on <u>  January 12  </u>, 20 <u>17</u> by <u>Adrian Johnson      </u> for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

   ORDERED that the aforesaid motion or application is denied.

   The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*