| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| --- | --- |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |

**Order Filed on February 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: | 16-31440 |
| --- | --- | --- |
| Allyson Piatkowski | Hearing Date: | |
| | Judge: | Kathryn C. Ferguson |
| | Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER DENYING MOTION OR
## APPLICATION FOR THE ENTRY OF AN ORDER
SHORTEN TIME

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 10, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____January 12_____, 20 _17_ by
_Adrian Johnson_____ for entry of an order as set forth above, all
interested parties having been duly served, the Court having considered all of the papers
submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who
entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-31440-KCF
Allyson Piatkowski                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin             Page 1 of 1              Date Rcvd: Feb 10, 2017
                               Form ID: pdf903         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db              +Allyson Piatkowski,   808 Sharon Court,   Woodbridge, NJ 07095-4335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Hubert C. Cutolo    on behalf of Creditor   Sharon Gardens Condominium Association, Inc.
           hcutolo@cutololaw.com
          Kenneth L. Baum    on behalf of Creditor   Educational Credit Management Corporation
           kbaum@kenbaumdebtsolutions.com,  fpisano@coleschotz.com
          Nicholas  Fitzgerald    on behalf of Plaintiff Allyson  Piatkowski nickfitz.law@gmail.com
          Nicholas  Fitzgerald    on behalf of Debtor Allyson  Piatkowski nickfitz.law@gmail.com
                                                                                 TOTAL: 7